UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 2/3/20

---

NANCY M. HORNER,

               Appellant,

v.

AURORA COMMERICAL CORP.,

               Appellee.

No.  20-CV-742 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Appellee's request to transfer this action to Judge Koeltl, who is presiding over a

bankruptcy appeal against the same Appellee, is DENIED.  Pursuant to Local Rule 13,

"[b]ankruptcy appeals are deemed related if they arise from the same order or judgment of the

bankruptcy court."  This action and the one before Judge Koeltl arose from separate orders of the

bankruptcy court.  Thus, for this reason and the fact that the appeal will turn on the merits of the

individual foreclosure at issue here, this action will not be transferred.

SO ORDERED.

Dated:  February 3, 2020
       New York, New York

Ronnie Abrams
United States District Judge