**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In re:

AURORA COMMERCIAL CORP.,

                         Debtors.
-------------------------------------------------------------X
 NANCY M. HORNER,

                    Appellant,          20 **CIVIL** 742 (RA)

      -against-                     **JUDGMENT**

 AURORA COMMERCIAL CORP.,

                    Appellees.
-------------------------------------------------------------X

     It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in

the Court's Opinion and Order dated March 31, 2021, the Bankruptcy Court's decision is affirmed;

accordingly, the case is closed.


**Dated:**  New York, New York
         March 31, 2021

                                  **RUBY J. KRAJICK**
                            _____
                                **Clerk of Court**
          **BY:**      K. Mango
                            _____
                              **Deputy Clerk**